UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:09-61840-CIV-SEITZ/O'SULLIVAN

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

1st GUARANTY MORTGAGE CORP., *et al.*,

        Defendants.
_____/

## ORDER ON NOTICE OF FILING CONCERNING COMMUNICATION AND DISCOVERY ISSUES

THIS MATTER is before the Court *sua sponte*. Defendant Stephen Lalonde ("Lalonde") has filed a copy of Adams County Correction Center's policy on inmate telephone usage, which indicates that Lalonde can only make collect calls to attorneys and has other restrictions on his access to a telephone. Lalonde has also filed letters he has sent to Plaintiff's counsel that suggest Plaintiff will not accept collect calls from Lalonde.

Generally, any party filing a motion must comply with Southern District of Florida Local Rule 7.1(a)(3), which requires a movant "to confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." However, because Lalonde is incarcerated and has a number of restrictions on his access to a telephone, the Court will waive the application of Rule 7.1(a)(3) to Lalonde. Accordingly, it is hereby

ORDERED THAT the Court will not apply Southern District of Florida Local Rule

7.1(a)(3) to motions filed by Stephen Lalonde. Lalonde need not confer with Plaintiff or any of the other Parties before filing a motion in this case.

DONE AND ORDERED in Miami, Florida, this **2nd** day of August, 2010.

_____
JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Patricia Seitz
All Counsel of Record

Copies provided by Chambers to:

Amy Lalonde
2090 NE 65th Street
Fort Lauderdale, FL 33308

Adams County Correctional Center
20 Hobo Fork
Natchez, MS 39120
c/o Stephen Lalonde – #91119-004

Michael Petroski
5161 NE 18th Ave
Fort Lauderdale, FL 33334