**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO:09-61840-CIV-O'SULLIVAN
[CONSENT]

FEDERAL TRADE COMMISSION,

                Plaintiff,

vs.

1st GUARANTY MORTGAGE CORP., *et al.*,

                Defendants.

_____/

**ORDER**

THIS MATTER is before the Court on the Defendant Stephen Lalonde's Motion to Immediately Dismiss Receiver Broad and Cassell, Motion for Request of Sanctions, and to Immediately Release All Property Being Held by Receiver of Non-Party Litigants (DE# 191, 2/14/11).  Having reviewed the motion and responses, it is hereby

ORDERED AND ADJUDGED that the Defendant Stephen Lalonde's Motion to Immediately Dismiss Receiver Broad and Cassell, Motion for Request of Sanctions, and to Immediately Release All Property Being Held by Receiver of Non-Party Litigants (DE# 191, 2/14/11) is DENIED.  "The decision whether to remove a receiver is like, the decision to appoint one, an equitable determination resting in the sound discretion of the district court...."  S.E.C. v. Spence & Green Chemical Co., 612 F.2d 896, 904 (5th Cir. 1980).  Defendant Lalonde has not demonstrated that the Receiver has acted improperly or inequitably.

DONE AND ORDERED in Miami, Florida, this **20th** day of July, 2011.

_____
JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All Counsel of Record

Copies provided by Chambers to parties and counsel on the attached Service List:

SERVICE LIST

Amy Lalonde
2090 NE 65th Street
Fort Lauderdale, FL 33308

Stephen Lalonde
Reg. No. #91119-004
Adams County Correctional Center
P.O. Box 1600
Washington, MS 39190

Michael Petroski
5161 NE 18th Ave
Fort Lauderdale, FL 33334

Rhett Traband, P.A.
Michael A. Shafir, Esq.
Broad and Cassell
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131
Attorneys for Receiver Mark Raymond
Mark Raymond is Receiver for Defendants:  1st Guaranty Mortgage Corporation
                                          Spectrum Title, Inc.
                                          Crossland Credit Consulting Corp.
                                          Scoreleaper, LLC